# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASHOK PARMAR, et al.,<br><br>　　　　Defendants. | Case No.: 1:20-CV-1447 - JLT<br><br>ORDER REFERRING THE MATTER TO VDRP |

In the Joint Scheduling Report filed on December 31, 2020, the parties stipulated to "referral of this action to the Voluntary Dispute Resolution Program (VDRP) pursuant to Local Rule 271." (Doc. 19 at 6) Based upon the stipulation of the parties, the Court **ORDERS**:

1. The Scheduling Conference set for January 11, 2021, is **VACATED**;
2. The matter is referred to the Voluntary Dispute Resolution Program; and
3. All deadlines and hearing dates are **VACATED**, and the scheduling conference will be re-set if it becomes necessary.

IT IS SO ORDERED.

Dated:   **January 6, 2021**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE