**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RORY CHAVEZ, | ) Case No.: 1:20-cv-01447 JLT |
| Plaintiff, | ) ORDER DISMISSING THE CASE </br> ) (Doc. 12) |
| v. | ) |
| ASHOK PARMAR, et al., | ) |
| Defendants. | ) |

The parties have stipulated to the action being dismissed with prejudice and with each side to bear their own fees and costs. (Doc. 12) Thus, the action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: **July 27, 2021**              **/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE